IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ANTHONY TELEGO | ) | Civil Action No. 10-1729 |
|---|---|---|
| Plaintiff, | ) | Chief Judge Gary L. Lancaster |
| v. | ) | Electronically Filed |
| UNIVERSAL REFRACTORIES CORPORATION | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

Date: 3/8/11

Gary L. Lancaster, Chief USDJ